No. 01–7775.  AYALA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–7784.  MAYES v. ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–7789.  RENWICK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–7791.  NABELEK v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–7794.  MADDEN v. REISH.  C. A. 3d Cir.  Certiorari denied.

No. 01–7798.  RODGERS v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH.  C. A. 3d Cir. Certiorari denied.

No. 01–7800.  JONES v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–7803.  DUNCAN v. COLORADO DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 01–7806.  MERCK v. MEDICAL COLLEGE OF GEORGIA ET AL. C. A. 11th Cir.  Certiorari denied.

No. 01–7807.  BROOKS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 01–7810.  PEHOWIC v. NEW HAMPSHIRE.  Sup. Ct. N. H. Certiorari denied.

No. 01–7813.  BURGINS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 01–7814.  TINKER v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.